IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ODELL M. HARDISON,

     Petitioner,                                       JUDGMENT IN A CIVIL CASE

v.                                                              Case No. 17-cv-961-jdp

DON STROHN,

     Respondent.

---

     This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has
been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

respondent dismissing petitioner Odell M. Hardison's petition for a writ of habeas

corpus under 28 U.S.C. § 2254 for lack of authorization to file a successive petition.

     /s/                                                          1/26/2018

| Peter Oppeneer, Clerk of Court | Date |
|---|---|